UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

D-1 DAYMOND L. PONDEXTER,

Defendant.
_____/

Case: 2:12-cr-20535
Judge: Borman, Paul D.
MJ: Michelson, Laurie J.
Filed: 08-13-2012 At 02:58 PM
INFO USA V PONDEXTER (TAM)

Violation/Offense:
Ct.1: 7 U.S.C. §2024:
Government Program Fraud

# INFORMATION

The United States Attorney Charges that:

## COUNT ONE:
## GOVERNMENT PROGRAM FRAUD, $5000 OR MORE
## (7 U.S.C. §2024)

From in or about April 2010 to in or about July 2011, in the Eastern District of Michigan, Southern Division, DAYMOND PONDEXTER, defendant, did knowingly use, acquire and possess authorization cards and access devices, specifically, Electronic Benefit Transfer [EBT] cards and account numbers, in a manner contrary to Chapter 51 of Title 7 of the United States Code [Food Stamp Program] and the regulations issued pursuant to that chapter, specifically, by "purchasing" Supplemental

Nutrition Assistant Program [SNAP] benefits from legitimate recipients for less than the face value of the benefits, and obtaining from the United States Department of Agriculture's [USDA] Food and Nutrition Services Agency [FNS], as a participating merchant, the full amount of the benefits as though the recipient purchased authorized food products as intended, a method of federal program fraud commonly known as "discounting," and thereby obtained more than $5,000.00 in Food Stamp Benefit funds form the USDA/FNS to which he was not entitled, all in violation of Section 2024(b)(1) of Title 7 of the United States Code.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

s/ CRAIG A. WEIER
CRAIG A. WEIER (P33261)
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3220
(313) 226-9678

s/ ROSS I. MACKENZIE
ROSS I. MACKENZIE
Assistant United States Attorney
Chief, Complex Crimes Unit

Dated: August 13, 2012

| United States District Court<br>Eastern District of Michigan | Criminal Case Co' | Case: 2:12-cr-20535<br>Judge: Borman, Paul D.<br>MJ: Michelson, Laurie J.<br>Filed: 08-13-2012 At 02:58 PM<br>INFO USA V PONDEXTER (TAM) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008   [ ]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   X☐ No | AUSA's Initials: _CAW_ |

**Case Title:** USA v. DAYMOND L. PONDEXTER

**County where offense occurred:** Wayne

**Check One:**   X☐ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/_X_ Information --- **no prior complaint.**
____Indictment____Information --- based upon prior complaint
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

### Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

☐  Original case was terminated; no additional charges or defendants.
☐  Corrects errors; no additional charges or defendants.
☐  Involves, for plea purposes, different charges or adds counts.
☐  Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**        **Charges**        **Prior Complaint (if applicable)**

---

Please take notice that the below listed Attorney is the attorney of record for the above captioned case.

August 13, 2012
       Date

Craig A. Weier
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
telephone: (313) 226-9678
facsimile: (313) 226-0816
e-mail:   Craig.weier@usdoj.gov

---

Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09